MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
Email: gpimstone@manatt.com
LEAH R. ADAMS (Bar No. 266645)
Email: ladams@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:     (310) 312-4000
Facsimile:      (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@manatt.com
NATHANIEL A. COHEN (Bar No. 289142)
Email: nacohen@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendants
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA; TRINET
GROUP, INC.; and TRINET BLUE SHIELD PPO
500 GROUP #977103 PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF K. & E.K.,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; TRINET GROUP, INC.; TRINET BLUE SHIELD PPO 500 GROUP #977103 PLAN; MAXIMUS FEDERAL SERVICES, INC.; and DOES 1 through 10,<br><br>    Defendants. | Case No. 4:18-cv-06385-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>[PROPOSED] **JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTIONS FOR JUDGMENT**<br><br>Action filed: October 18, 2018 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] JUDGMENT
CASE NO. 4:18-CV-06385-YGR

# JUDGMENT

The motion for judgment brought by plaintiffs Josef K. and E.K. ("Plaintiffs"), the cross-motion for judgment of defendants California Physicians' Service dba Blue Shield of California ("Blue Shield"), TriNet Group, Inc., and TriNet Blue Shield PPO 500 Group #977103 Plan (collectively with TriNet Group, Inc., "TriNet"), and the cross-motion for judgment of defendant MAXIMUS Federal Services, Inc. ("MAXIMUS") was heard by this Court on February 25, 2020. After reading the parties' submissions and considering the arguments of counsel and the relevant legal authority, the Court denied Plaintiffs' motion, granted Blue Shield's and TriNet's cross-motion, and granted MAXIMUS' cross-motion, for the reasons stated in this Court's Order dated August 6, 2020. (Dkt. No. 114.)

It is now ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Blue Shield, TriNet and MAXIMUS (collectively, "Defendants") and against Plaintiffs. Plaintiffs will take nothing in this action and their First Amended Complaint shall be dismissed in its entirety. Any bill of costs or motion for fees must be filed in accordance with Local Rules 54-1 and 54-5, respectively.

IT IS SO ORDERED.

Dated: ___August 31___, 2020                 _____/s/_____
                                              Hon. Yvonne Gonzalez Rogers
                                              United States District Court Judge


APPROVED AS TO FORM:

Dated: August 26, 2020                         DL LAW GROUP


                                               By: */s/ David M. Lilienstein*
                                                   David M. Lilienstein
                                                   Attorneys for Plaintiffs
                                                   JOSEF K. & E.K.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] JUDGMENT
CASE NO. 4:18-CV-06385-YGR

| | | |
|---|---|---|
| 1 | Dated: August 26, 2020 | MANATT, PHELPS & PHILLIPS, LLP |
| 3 | | By: */s/ Joseph E. Laska* |
| 4 | | Joseph E. Laska<br>Attorneys for Defendants<br>CALIFORNIA PHYSICIANS' SERVICE<br>dba BLUE SHIELD OF CALIFORNIA;<br>TRINET GROUP, INC.; and TRINET<br>BLUE SHIELD PPO 500 GROUP<br>#977103 PLAN |
| 8 | Dated: August 26, 2020 | GREENBERG TRAURIG, LLP |
| 10 | | By: */s/ Jeremy Meier* |
| 11 | | Jeremy Meier<br>Attorneys for Defendant<br>MAXIMUS FEDERAL SERVICES, INC. |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] JUDGMENT
CASE NO. 4:18-CV-06385-YGR